1160

No. 10–7735. MARTINEZ-SEGURA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7736. LITTLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7738. MARTINEZ-BRAMBILA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7739. MUNGO ET AL. *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–7741. MCMAHAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–7744. ROMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7745. SCOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7747. BUTCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7748. ALI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–7749. BUSH *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–7750. ELMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7753. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7756. LAKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7758. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7759. OMOTOSHO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7760. POTTS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.